**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
 KIRIAKI PAPASAKELARIOU,

                                    Plaintiff,

          -against-                                                    25 **CIVIL** 7088 (LAP)

                                                                       **JUDGMENT**

CHANEL, INC.,

                                    Defendant.
---------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated May 12, 2026, Defendant's motion to stay all

proceedings and compel arbitration is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

          May 13, 2026

                                                        **TAMMI M. HELLWIG**
                                              _____
                                                        **Clerk of Court**


                                    **BY:**          K. mango
                                              _____
                                                        **Deputy Clerk**